# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2295
_____

SHERRY SCHWEHM,
Petitioner/Wife,

    Appellant,

    v.

CHRISTOPHER SCHWEHM,
Respondent/Husband,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

September 28, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kathleen E. Anderson of Anderson & Runco, Pensacola; Jill W. Warren of the Law Office of Jill W. Warren, PLLC, Pensacola, for Appellant.

Timothy J. Nusser, Pensacola, for Appellee.